# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MI51 | E1007040 | A. Mendek | 4559 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 02/18/2026

Offense Charged ☐ CFR ☐ USC ☒ State Code: MCL 257.618 Accidents; damage to vehicles; stopping required

Place of Offense: 2215 Fuller Rd. Ann Arbor MI 48105

Offense Description: Factual Basis for Charge — HAZMAT ☐

Named defendant below was witnessed being involved in a vehicle accident resulting in damage to another vehicle then left the scene.

**DEFENDANT INFORMATION** Phone: ( )

Last Name: Bain

First Name: John [redacted]

Street Address: 6298 Ratt Rd [redacted]

City: Fowle[redacted]

Drivers License: B500[redacted]

☒ Adult ☐ [redacted]

VEHICL[redacted]

Tag No.: 10AD[redacted] MI

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: | Date: | Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Not present to sign

Original - CVB Copy

*E1007040*

CVB SCAN 03/03/2026 16:17

**STATEMENT OF PROBABLE CAUSE**

(For issuance of an arrest warrant or summons)

I state that on February 18, 20 26 while exercising my duties as a law enforcement officer in the Eastern District of Michigan

I was notified of a hit and run accident by a witness on the scene. The witness positively identified the suspect vehicle and provided a description of the driver (Bain). I viewed available CCTV footage to confirm the hit and run accident. I saw the suspect vehicle make contact with a parked vehicle multiple times then left the scene. Bain was positively identified via CCTV footage, witness description, and SOS picture. I physically confirmed the damage done to the parked vehicle.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/18/2026 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/03/2026 16:17